UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAR-WANCE KITT,<br><br>             Plaintiff,<br><br>    v.<br><br>CARLOS ARCE, et al.,<br><br>             Defendants. | Case No. 24-cv-07413-NW (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 8 |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On December 13, 2024, the Court screened Plaintiff's complaint and dismissed it with leave to amend within 28 days. Dkt. No. 8 at 4. Plaintiff has failed to file an amended complaint, and the matter is therefore **DISMISSED** for the reasons stated in this Court's screening order. *See* Dkt. No. 8.

    **IT IS SO ORDERED.**

Dated: March 10, 2025

_____
Noel Wise
United States District Judge

United States District Court
Northern District of California